# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

CITY OF BATON ROUGE

NO. 2020 KW 0195

VERSUS

ANDREA HARRIS

APR 2 8 2020

---

In Re: City of Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 1900662.

---

BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.**

TMH
WIL

**Penzato, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT